UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| HEIDI L. WHITE and KRISTEN BELTRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELVE TECHNOLOGIES, INC., d/b/a DELVE, et al.,<br><br>Defendants. | No. 6:26-CV-143-H |

**ORDER**

Before the Court is the parties' Joint Stipulation to dismiss all remaining claims and parties under Federal Rule of Civil Procedure 41(a)(1)(A). Dkt. No. 48. In accordance with the Joint Stipulation, the plaintiffs' individual claims against defendant Delve Technologies, Inc., are dismissed with prejudice under Rule 41(a)(1)(A)(ii), and the putative class claims against Delve, *see* Dkt. No. 3, are dismissed without prejudice under Rule 41(a)(1)(A)(ii). *See* Fed. R. Civ. P. 41(a)(1)(B) ("Unless the . . . stipulation states otherwise, the dismissal is without prejudice."). Additionally, the plaintiffs' claims against John Doe LLM Companies 1–10—entities that "have not been identified or served"—are dismissed without prejudice under Rule 41(a)(1)(A)(i). Dkt. No. 48 at 1.

The Clerk of Court is directed to close this case. Each party shall bear its own costs and attorneys' fees.

In light of the Joint Stipulation, Delve's pending motion to dismiss (Dkt. No. 45) is denied as moot.

So ordered on September 4, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE